UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

RED OAK GROUP, LLC,

    Plaintiff,

-v-

W.I.T.T., INC. &
Daniel E. Erz (an individual),        HONORABLE BERNARD A. FRIEDMAN
                                          Case No. 05-74242

    Defendant.

---

Thomas N. Young (P22656)
Thomas E. Bejin (P56854)
James L. Cox (P44113)
YOUNG & BASILE, P.C.
3001 West Big Beaver Road
Suite 624
Troy, MI 48084-3107
Phone: (248) 649-3333

Attorneys for Plaintiff, RED OAK GROUP, LLC

---

## STIPULATED ORDER DISMISSING ACTION

    Pursuant to the agreement by the parties, IT IS HEREBY ORDERED that this action is dismissed with prejudice.

                                      By:    ____s/Bernard A. Friedman_____
                                                    HONORABLE BERNARD A. FRIEDMAN
                                                    U.S. DISTRICT COURT JUDGE

Dated: August  2,  2006.